IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

JOE FRANK JONES                                                                                         PLAINTIFF

v.                                    Case No. 1:24-cv-1066

CLERK FRENCH, Union County Detention
Center ("UCDC"); and CAPTAIN LISA
WORLEY, UCDC                                                                                           DEFENDANTS

## ORDER

Before the Court is a Report and Recommendation ("R&R") issued by Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 10. Upon preservice screening of Plaintiff's Complaint (ECF No. 1) pursuant to 28 U.S.C. § 1915A(a), Judge Bryant recommends that Plaintiff's claims be dismissed without prejudice for failure to state a claim upon which relief may be granted. Specifically, Judge Bryant recommends finding that Plaintiff has not alleged a cognizable constitutional violation regarding his mail as an inmate. Judge Bryant further recommends that the Clerk be directed to place a § 1915(g) strike flag on the case for future judicial consideration and that the Court certify pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this dismissal would not be taken in good faith.

Plaintiff filed a timely objection, but it does not address the substance of Judge Bryant's recommendation regarding his claims. ECF No. 11. Instead of addressing Judge Bryant's analysis regarding Plaintiff's failure to allege a violation of a constitutional right, Plaintiff makes a new argument that Defendants allegedly violated Arkansas' regulations regarding inmate mail. Without a specific objection, the Court is only required to review Judge Bryant's R&R for clear

error. *See Griffini v. Mitchell*, 31 F.3d 690, 692 (8th Cir. 1994) (noting that a specific objection is necessary to require a *de novo* review of a magistrate's recommendation instead of a review for plain error).

Upon review, finding no clear error on the face of the record and that Judge Bryant's reasoning is sound, the Court adopts the R&R (ECF No. 10) in toto. Plaintiff's Complaint (ECF No. 1) is hereby **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to place a § 1915(g) strike flag on the case for future judicial consideration. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this dismissal would not be taken in good faith.

**IT IS SO ORDERED**, this 27th day of January, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge